UNITED STATES DISCRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KARA JO ALLEN, ET AL.                                    CIVIL ACTION

VERSUS

RED FROG EVENTS, LLC, ET AL.                  NO.: 17-01664-BAJ-EWD

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 93)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends that this case be remanded because complete diversity does not exist between the parties due to Plaintiffs' inclusion of the Parish of West Feliciana, a non-diverse party, as a named Defendant. (Doc. 93 at p. 18).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein (Doc. 93 at p. 1). Defendants First Specialty Insurance Corporation and Red Frog Events filed an objections. (Doc. 94; Doc. 95).

Both Defendants vigorously assert that the "playground exception" to the Louisiana Recreational Use Immunity Statute, La. Rev. Stat. ann. § 9:2795(B), clearly does not apply to the obstacles constructed at the event hosted by Red Frog, and therefore, joinder of the Parish of West Feliciana is improper. However, the

20th JDC - Certified

Court agrees with the Magistrate Judge that fact issues preclude a definitive determination that the Parish of West Feliciana is immune under the statute.

Having carefully considered the underlying complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS SO ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 93)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 20th Judicial District Court for the Parish of West Feliciana, State of Louisiana.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 12)** is **DENIED** as **MOOT**.

Baton Rouge, Louisiana, this 13th day of September, 2018.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**